Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Beth Aigner, et al )
　　　　　　　　　　　　　　　　　） Case No: 16-cv-03437
　　　　　　　Plaintiff(s), )
　　　　　　　　　　　　　　　　　） **APPLICATION FOR**
　v. ） **ADMISSION OF ATTORNEY**
　　　　　　　　　　　　　　　　　） **PRO HAC VICE**
Bayer Corp., et al ） (CIVIL LOCAL RULE 11-3)
　　　　　　　　　　　　　　　　　）
　　　　　　　Defendant(s). )

　　I, Peter James Cambs, an active member in good standing of the bar of Florida (Fl. Supreme Court), hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Martin Schmidt, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 31 Tejon, Suite 400<br>Colorado Springs, CO 80903 | 4241 Jutland Drive, SUite 200<br>San Diego, CA 92117 |
| MY TELEPHONE # OF RECORD:<br>(719) 630-1556 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(800) 214-1010 |
| MY EMAIL ADDRESS OF RECORD:<br>peter@perrysanderslaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mschmidt@nationalinjuryhelp.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 84063.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/01/16

　　　　　　　　　　　　　　　　　　　　　　　Peter James Cambs
　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

===

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of Peter James Cambs is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 1, 2016.

　　　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE