**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETH AIGNER, et al.,

      Plaintiffs,

  v.

BAYER CORP., et al.,

      Defendants.

_____/

No. C 16-03437 WHA

**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY ROBERT J. FRANK**

The *pro hac vice* application of Attorney Robert J. Frank (Dkt. No. 33) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of West Virginia" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

    **IT IS SO ORDERED.**

Dated:   August 2, 2016.

                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE